**Opinion issued September 27, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00086-CR

————————————

**JOSHUA RYAN ASBELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 220th District Court**
**Bosque County, Texas[1]**
**Trial Court Cause No. CR 14531**

---

## MEMORANDUM OPINION

Appellant, Joshua Ryan Asbell, has filed a motion to dismiss the appeal.

The motion complies with Texas Rule of Appellate Procedure 42.2(a).  *See* TEX. R.

---

[1]   Appellant initially appealed to the Tenth Court of Appeals in Waco.  Pursuant to its docket equalization authority, the Supreme Court of Texas transferred the appeal to this court.  *See* Misc. Docket No. 12–9008 (Tex. Jan. 10, 2012); *see also* TEX. GOV'T CODE ANN. § 73.001 (West 2005) (authorizing transfer of cases).

APP. P. 42.2(a). The Court has not issued an opinion. *See* TEX. R. APP. P. 42.2(b). The Clerk of the Court has sent a duplicate copy to the trial court clerk. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Higley, Sharp, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).